UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MENASCO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NEWREZ LLC, et al.,<br><br>    Defendants. | Case No.  22-cv-02369-JSC<br><br>**ORDER RESOLVING DIVERSITY JURISDICTION ISSUE**<br><br>Re: Dkt. Nos. 15, 16 |

The Court previously directed removing Defendants National Fire and Marine Insurance Co. and Proctor Financial Inc. to set forth the citizenship of each member of the third Defendant, NewRez LLC. (Dkt. No. 15.) "[A]n LLC is a citizen of every state of which its owners/members are citizens," notwithstanding the states in which the LLC is organized and has its principal place of business. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

According to the removing Defendants, NewRez's sole member is Shellpoint Partners LLC. (Dkt. No. 16-1 at 2 ¶ 4.) Shellpoint Partners LLC's two members are NRM Acquisition LLC and NRM Acquisition II LLC, both of which have as their sole member New Residential Mortgage LLC. New Residential Mortgage LLC has as its sole member New Residential Investment Corp, which is organized under the laws of Delaware and has its principal place of business in New York, (*id.* at 2 ¶ 4, 7:7-14, 14 ¶ 12), and accordingly is a citizen of both Delaware and New York. *See Hertz Corp. v. Friend*, 559 U.S. 77, 92–93 (2010). Following up the chain, NewRez is therefore also a citizen of both Delaware and New York. *See Johnson*, 437 F.3d at 899.

Because Plaintiffs are citizens of California and the other Defendants are citizens of Nebraska and Michigan, respectively, (*see* Dkt. No. 15), the parties are completely diverse and

federal subject matter jurisdiction exists.  *See Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

**IT IS SO ORDERED.**

Dated: May 18, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge