1  Ian A. Rambarran, Bar No. 227366
   Jonathan C. Cahill, Bar No. 287260
2  KLINEDINST PC
   801 K Street, Suite 2100
3  Sacramento, California 95814
   (916) 444-7573/FAX (916) 444-7544
4  irambarran@klinedinstlaw.com
   jcahill@klinedinstlaw.com
5
   Attorneys for Defendant Newrez LLC dba
6  Shellpoint Mortgage Servicing

7

8                  **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11 JAMES MENASCO, AN INDIVIDUAL AND          Case No. 3:22-cv-02369-JSC
   NIKII MENASCO, AN INDIVIDUAL,
12
                Plaintiffs,                   **JOINT STATUS REPORT**
13
        v.
14                                            Mediation Date:  July 27, 2022
   NEWREZ LLC, D/B/A SHELLPOINT               Action Filed:    March 4, 2022
15 MORTGAGE SERVICING; A LIMITED              Removal Date:    April 15, 2022
   LIABILITY COMPANY, NATIONAL FIRE           Trial Date:      None Set
16 AND MARINE INSURANCE COMPANY, A
   NEBRASKA CORPORATION, PROCTOR
17 FINANCIAL INC, A MICHIGAN
   CORPORATION; AND DOES 1 THROUGH
18 25, INCLUSIVE,

19              Defendants.

20

21        Pursuant to the Court's order of June 9, 2022, (Docket No. 19), Defendant Newrez LLC dba

22 Shellpoint Mortgage Servicing ("Shellpoint"), Defendant National Fire & Marine Insurance

23 Company ("NF&M") and James Menasco and Nikii Menasco ("Plaintiffs") (collectively, the

24 "Parties") hereby submit this Joint Status Report.

25        1.     On July 27, 2022, the Parties attended a half day Mediation;

26        2.     Nicholas Lowe served as Mediator at the Mediation;

27        3.     The Mediation resulted in a global settlement of all claims against all Parties;

28        4.     The Parties are working on a draft global settlement agreement and release;

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

5.     The Parties anticipate dismissing this Action within thirty (30) days, with prejudice;

6.     The Parties request that all hearings and deadlines be vacated.

Based on the foregoing, the Parties respectfully submit this Joint Status Report.

Respectfully submitted,

KLINEDINST PC

DATED:  August 5, 2022          By: _____/s/ Jonathan C. Cahill_____
                                         Ian A. Rambarran
                                         Jonathan C Cahill
                                         Attorneys for Defendant Newrez LLC dba
                                         Shellpoint Mortgage Servicing

LAW OFFICE OF RANDY E. THOMAS

DATED:  August 5, 2022          By: _____
                                         Randy E. Thomas
                                         Attorneys for Plaintiffs James Menasco and Nikii
                                         Torres Menasco

CLAUSEN MILLER P.C.

DATED:  August 5, 2022          By: /s/ Scott P. Ward
                                         Scott P. Ward
                                         Attorneys for Defendant National Fire & Marine
                                         Insurance Company

KLINEDINST PC
801 K STREET, SUITE 2100
SACRAMENTO, CALIFORNIA 95814

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
JOINT STATUS REPORT